**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1503**

---

KENYA TEASLEY,

       Plaintiff - Appellant,

     v.

ELIZABETH O'BRIEN,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:24-cv-00155-CCE-JLW)

---

Submitted:  October 22, 2024                                Decided:  October 24, 2024

---

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kenya Teasley, Appellant Pro Se.  Joseph Finarelli, Special Deputy Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenya Teasley appeals the district court's order dismissing without prejudice her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Teasley v. O'Brien*, No. 1:24-cv-00155-CCE-JLW (M.D.N.C. May 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
